UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM BRADLEY TIDE,

    Plaintiff,

v.                                  Case No.  8:21-cv-2657-WFJ-TGW

CHRIS NOCCO, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court on review of the case file. On August 15, 2022, the Court dismissed the Complaint (Doc. 1) without prejudice and ordered Plaintiff to file an amended complaint within thirty days if he desires to proceed in this action. (Doc. 4). He was cautioned that his failure to comply would result in the dismissal of this action, for failure to state a claim, without further notice.

The order was mailed to plaintiff's address of record and was not returned undeliverable. Nonetheless, as of the date of this order, Plaintiff has not filed an amended complaint.

Accordingly, it is **ORDERED** that this case is **DISMISSED without prejudice** for failure to state a claim. *See* (Doc. 4); 28 U.S.C. 1915A(b)(1). The clerk is directed to enter judgment accordingly and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on October 17, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE